THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -2  P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

SYSTINET CORPORATION,

Plaintiff,

v.

JOHN DOE a/k/a "Tim Molson," "Mark Reese," "Ted Park," "Steve Open," "Smile Everywhere," and "judijale,"

Defendants.

Civil Action No. 04-12663-GAO

## NOTICE OF CHANGE OF ADDRESS

The undersigned, David S. Godkin, counsel for plaintiff Systinet Corporation, hereby notifies the Court, and certifies that this notice has been given to all parties, that effective February 1, 2005, counsel's new address and telephone number are as follows:

David S. Godkin, Esq.
Birnbaum & Godkin, LLP
268 Summer Street
Boston, MA  02210
Tel: 617-542-3100
Fax: 617-542-3111
Email:godkin@birnbaumgodkin.com

Dated: January 31, 2005

Systinet Corporation
By Its Attorneys

_____
David S. Godkin (BBO# 196530)
Colleen M. Geary (BBO# 652351)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts 02110
Telephone (617) 248-7000
Facsimile (617) 248-7100