UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYSTINET CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE A/K/A "Tim Molson," "Mark Reese," "Ted Park," "Steve Open," "Smile Everywhere," and "judijale,"<br><br>Defendants. | CIV. A. NO.04-CV-12663-GAO |

FILED
IN CLERKS OFFICE

2005 FEB 10  P 1: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance as attorney for Plaintiff Systinet Corporation in the above-captioned case. The law firm of Testa, Hurwitz & Thibeault, LLP is no longer counsel of record for Systinet Corporation. This case has been transferred to the law firm of Birnbaum & Godkin, LLP. David S. Godkin will remain counsel of record.

Dated: February 9, 2005

_____
Colleen M. Geary (BBO# 652351)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, Massachusetts 02110
(617) 248-7000

## CERTIFICATE OF SERVICE

I, Colleen M. Geary, hereby certify that on February 9, 2005, I served a true and correct copy of the foregoing to be filed with the Court and to be served by first-class mail to:

David S. Godkin, Esq.
Birnbaum & Godkin, LLP
268 Summer Street
Boston, MA 02210
Tel: 617-542-3100
Fax: 617-542-3111

Colleen M. Geary, Esq.

3175199_1