UNITED STATES DISTICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYSTINET CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| V. | )   CIV. A. NO. 04-CV-12663-GAO<br>) |
| JOHN DOE, a/k/a "Tim Molson",<br>"Mark Reese", "Ted Park", "Steve Open"<br>"Smile Everywhere", and "judijale", | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

The plaintiff, Systinet Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(i), voluntarily dismisses the above-captioned action without prejudice.

Respectfully submitted,
SYSTINET CORPORATION,

By its attorneys,
BIRNBAUM & GODKIN, LLP

Dated: July 13, 2005

David S. Godkin (BBO #196530)
280 Summer Street, 5th floor
Boston, MA 02210
617-307-6100